AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ELIZABETH FLINT <br><br> *Plaintiff(s)* <br> v. <br> ROCKAWAY BEACH LLC AND EMPIRE MEDICAL OF ROCKAWAY BEACH P.C. <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-4458 ENV-JRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> ROCKAWAY BEACH LLC
>
> 3225 MCLEOD DRIVE, SUITE 100
> LAS VEGAS, NV, UNITED STATES, 89121

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ROBERT HANSKI, ESQ.
> PARKER HANSKI LLC
> 40 WORTH STREET, SUITE 602
> NEW YORK, NY 10013
> email: rgh@parkerhanski.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna Mahoney

*CLERK OF COURT*

Date: 02/28/2022

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*